■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDY QUIZHPE, Appellant. [56 NYS3d 471]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered May 19, 2015, convicting him of manslaughter in the first degree and aggravated vehicular assault, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

As the People correctly concede, the defendant's purported waiver of his right to appeal was invalid and, thus, does not preclude review of his excessive sentence claim (*see People v Devaney*, 146 AD3d 803 [2017]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The contentions raised in the defendant's pro se supplemen-

tal brief are without merit. Balkin, J.P., Sgroi, Cohen and Duffy, JJ., concur.